# HAYWARD, PARKER & O'LEARY
ATTORNEYS AND COUNSELLORS AT LAW
P. O. BOX 929

GUY J. HAYWARD
MICHAEL O'LEARY
———
RICHARD L. PARKER
(1946-2006)
MIKE PINSKY

225 DOLSON AVENUE
MIDDLETOWN, NEW YORK 10940

(845) 343-6227
FAX (845) 343-1927

ESSEX COUNTY OFFICE
SARANAC LAKE, N.Y. 12983
(518) 891-7330

October 9, 2009

Hon. Cecelia G. Morris
U.S. Bankruptcy Court
Southern District of New York
355 Main Street
Poughkeepsie, NY 12601

Re:  Joseph Tso v. Alan G. Friedberg
     08-9057 (cgm)

     CS-Graces, LLC v. Alan G. Friedberg
     08-9056 (cgm)

Dear Judge Morris:

I represent defendant Alan Friedberg in the above-referenced proceedings. I request an informal discovery conference with the Court and counsel, Mr. Wrobel and Mr. Carlini, at the Court's convenience.

Thank you for your consideration of this request.

Very truly yours,

Mike Pinsky

Cc:  Lewis Wrobel, Esq. (by email)
     Anthony Carlini, Esq. (by email)